UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BUD'S GOODS & PROVISIONS CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE, LAM YAN WUN MERTON, and ) <br> HSBC BANK USA, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 4:22-cv-40002 |

NOTICE OF APPEARANCE

Please enter the appearance of Sean R. Higgins of K&L Gates LLP, State Street Financial Center, One Lincoln Street, Boston, MA 02111, on behalf of Defendant HSBC Bank USA, N.A., incorrectly identified as "HSBC Bank USA," in the above-captioned matter.

Respectfully submitted,

HSBC Bank USA, N.A.
by its attorneys,

/s/ Sean R. Higgins
Sean R. Higgins (BBO# 659105)
sean.higgins@klgates.com
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
617 261 3100
Dated:  January 6, 2022          617 261 3175 (f)

CERTIFICATE OF SERVICE

I, Sean R. Higgins, certify that on January 6, 2022 this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via first class mail, postage prepaid, to those indicated as non-registered participants including:

Barry S. Pollack
bpollack@psdfirm.com
Peter J. Duffy
pduffy@psdfirm.com
Pollack Solomon Duffy LLP
101 Huntington Ave, Suite 530
Boston, MA 02199

                                                                                              /s/ *Sean R. Higgins*
                                                                                               Sean R. Higgins