## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (WORCESTER)

| | |
|---|---|
| BUD'S GOODS & PROVISIONS CORP., | : |
| *Plaintiff*, | : |
| -v- | : 4:22-cv-40002-TSH |
| JOHN DOE, LAM YAN WUN MERTON and HSBC BANK USA | : |
| *Defendants.* | : |

## DEFENDANT, LAM YAN WUN MERTON'S, MOTION TO DISMISS FIRST AMENDED COMPLAINT

Now comes the Defendant, Lam Yan Wun Merton ("Merton"), pursuant to Fed. R. Civ. P. 12(b)(2), and hereby submits this Motion to Dismiss First Amended Complaint as to all claims against him, on the grounds that this Court lacks personal jurisdiction over him. Specifically, the Plaintiff has not satisfied its burden of setting forth essential facts to support a prima facie showing that personal jurisdiction over Merton exists.

As is more fully described in his Memorandum of Law filed herewith and incorporated herein, Plaintiff's claims against Merton should be dismissed.

Respectfully submitted,
Defendant,
LAM YAN WUN MERTON,

Date: June 14, 2022

*/s/ Jeffrey M. Rosin*
Jeffrey M. Rosin, BBO# 629216
Jessica Kish Kennedy, BBO#560478
O'HAGAN MEYER, PLLC
111 Huntington Ave, Suite 719
Boston, Massachusetts 02199
(617) 843-6800
jrosin@ohaganmeyer.com

## CERTIFICATE OF SERVICE

I, Jeffrey M. Rosin, hereby certify that on this 14th day of June, 2022, I caused the foregoing *Defendant's Motion to Dismiss First Amended Complaint* to be filed electronically with the Court and served upon all known counsel by first-class mail and email.

Barry S. Pollack, Esq.
Patrick J. Duffy, Esq.
**Pollack Solomon Duffy LLP**
101 Huntington Avenue, Suite 530
Boston, MA  02199
bpollack@psdfirm.com
pduffy@pdsfirm.com
*Attorneys for the Plaintiff*

Sean R. Higgins, Esq.
Keith J. McCarthy, Esq.
**K & L Gates LLP**
One Lincoln Street
State Street Financial Center
Boston, MA  02111-2950
sean.higgins@klgates.com
keith.mccarthy@klgates.com
*Attorneys for the Defendant, HSBC Bank, USA, N.A.*

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey M. Rosin*